# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

SHANON A. WOOD,

    Plaintiff,

v.                                            Case No. 19-CV-619

MILWAUKEE COUNTY, *et al.*,

    Defendants.

## ORDER

On July 30, 2020, Chief Judge Pamela Pepper screened plaintiff Shanon A. Wood's complaint filed under 42 U.S.C. § 1983 and allowed him to proceed against several defendants, including five John Doe Correctional Officers. (ECF No. 3.) Judge Pepper then referred the case to me for pretrial case management. (ECF No. 4.)

Counsel for the defendants filed an appearance (ECF No. 6) and now moves for an order clarifying the screening order (ECF No. 8). Counsel states that service cannot be made upon the five John Doe defendants based on the information in the plaintiff's complaint and requests that the court "specify a process and a timeframe by which Plaintiff may investigate or avail himself of the discovery process in order to identify any appropriate defendant(s), if he is able." (ECF No. 8 at 2.) Counsel also requests that I stay the deadline for responsive pleadings until Wood identifies the Doe defendants. (*Id.* at 3.)

Ordinarily, the "process and a timeframe" counsel requests are provided in the court's scheduling order, which will be entered *after* the defendants respond to the complaint. Nonetheless, I will **GRANT** the defendants' motion in part and provide the requested information in this order. The motion is otherwise **DENIED**. The named defendants' deadline to respond to Wood's complaint remains unchanged.

After the named defendants have an opportunity to respond to the complaint, and after the court sets deadlines for the completion of discovery and the filing of dispositive motions, Wood may serve discovery requests upon the named defendants in an effort to learn the Doe defendants' names. Once he learns their names, Wood must file a motion to substitute the Doe defendants' names for the Doe placeholders. As a reminder, **no discovery need be served until *after* the defendants respond to the complaint and *after* I enter a scheduling order setting deadlines for completing discovery and submitting dispositive motions**. The court also will set the timeframe for Wood to identify the Doe defendants in the scheduling order.

Dated in Milwaukee, Wisconsin, this 21st day of August, 2020.

BY THE COURT:

s/*Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge